MOONEY v. STATE OF INDIANA.

[No. 0-545. Filed March 3, 1959.]

George W. Mooney, pro se.

PER CURIAM—The above named party, referring to himself as "Petitioner" has filed with the clerk of this court a "Proof of Service" on the clerk of this court and a copy of "Belated Notice of Appeal" directed to the clerk of the Allen Circuit Court.

There are no papers before this court requesting any action within the jurisdiction of this court. The papers are ordered stricken from the files.

NOTE.—Reported in 156 N. E. 2d 383.

STATE EX REL. INDIANA ALCOHOLIC BEVERAGE COMMISSION v. SUPERIOR COURT OF MARION COUNTY ET AL.

[No. 29,559. Filed March 10, 1959.]

Edwin K. Steers, Attorney General, Frank E. Spencer, Assistant Attorney General and John E. Hirschman, Deputy Attorney General, for relators.

John M. Ryan, pro se.

JACKSON, J.—All the matters in issue in this cause having been decided adversely to Relators in State v. Larue's, Inc. (1958), 239 Ind. 56, 154 N. E. 2d 708 the Petition for Writ of Prohibition herein is denied for the reasons therein stated.

Petition denied.

NOTE.—Reported in 156 N. E. 2d 637.